## Commonwealth *v.* Poindexter, Appellant.

Submitted September 27, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*George O. Sewall* and *Gordon C. Post, Jr.,* for appellant.

*James A. Caldwell,* Assistant District Attorney, and *W. Thomas Andrews,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, December 20, 1971:
Order affirmed.